# EXHIBIT A

# ASSIGNMENT OF CLAIMS

This Assignment of Claims is entered between Essential Diagnostics, LLC, and Essential Health Solutions, Inc. (collectively "Essential") on the one hand, and Global Innovative Concepts, LLC ("Global") on the other hand, on this 6th day of April 2022.

Whereas, Essential may have claims against the State of Florida and/or Florida's Division of Emergency Management (hereinafter "Florida") for Florida's breach of two agreements, entered on or around March 24, 2020, to purchase 200,000 and 400,000 (respectively) COVID rapid test kits from Essential, through its agent, Global (the "Purchase Transactions").

Whereas, Essential and Global have entered into mutually acceptable settlement terms and, as part of the consideration for such terms, Essential is assigning to Global all of Essential's rights and interests in potential claims against Florida regarding the Purchase Transactions.

Now, therefore, in consideration of the above actions and terms, the mutual covenants and promises contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Global and Essential do covenant and agree as follows:

1. To the extent that Essential possesses or holds any legal causes of action or legal claims against Florida relating to the Purchase Transactions:

   a. Essential hereby assigns any and all causes of actions that Essential has against Florida, to Global;

   b. Global is appointed and deemed an agent of Essential, and is otherwise authorized by Essential, for the purposes of pursuing any legal causes of action against Florida or the recovery of any other cost related to PPE production or freight forwarding and logistics, and has been granted full authority to act for Essential, to pursue such causes of action and claims;

   c. These assignment(s) and appointment(s) are effective as of April 6, 2022 and are ratified and approved as of the date of this written action.

The undersigned hereby approves and adopts these resolutions by written consent as authorized under law.

IN WITNESS WHEREOF, Essential has executed this Assignment as of the date set forth.

**ASSIGNORS:**

Essential Diagnostics, LLC

*/s/ James A. Klein, Jr.*

James A. Klein, Jr.
Its: CFO    Date: April 6, 2022

**Essential Health Solutions, Inc.**

*Timothy A. Spaeder*
Timothy A. Spaeder

Its: President   Date: April 7, 2022