# EXHIBIT B

# Order of Dismissal

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

GLOBAL INNOVATIVE CONCEPTS, LLC,

    Plaintiff,

v.                                          CASE NO.: 2022-CA-001160

STATE OF FLORIDA, DIVISION
OF EMERGENCY MANAGEMENT,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S AMENDED MOTION TO DISMISS

THIS MATTER, having come before this Court on Defendant State of Florida, Division of Emergency Management's Amended Motion to Dismiss Plaintiff's Complaint, after briefing and hearing on the motion and being duly informed in the premises, the Court hereby ORDERS and ADJUDGES as follows:

Defendant's Amended Motion to Dismiss Plaintiff's Complaint is Granted as to Counts I and II, and the Complaint is dismissed without prejudice. Plaintiff shall file its Amended Complaint within twenty (20) days of this Order.

DONE AND ORDERED at Tallahassee, Florida on October 28, 2022.

                                                        Angela C. Dempsey
                                                          Circuit Judge

Copies Provided To:
George T. Levesque
Thomas S. Cargill