UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GLOBAL INNOVATIVE CONCEPTS, ) <br> LLC, A.I. FIRST ALABAMA, LLC, and ) <br> ALLEN KILGORE ) <br>            Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF FLORIDA, DIVISION OF ) <br> EMERGENCY MANAGEMENT, ) <br>            Defendant ) | **JUDGMENT** <br> No. 5:23-CV-69-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties cross motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 15, 2025 and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on July 15, 2025, and Copies To:**
John Bruno / Ruth Sheehan / Joel Rhine (via CM/ECF Notice of Electronic Filing)
George T. Levesque / Ashley Hoffman Lukis / Neil Riemann / Stephen K. Varnell (via CM/ECF Notice of Electronic Filing)

July 15, 2025                  PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk